ORDERED UNSEALED on **04/02/2024** **s/ Alexandra**

SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Noel SAINZ,<br><br>Defendant. | Case No.: 23mj3327<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;<br><br>21 U.S.C. § 841(a)(1) – Possession of a Controlled Substance with Intent to Distribute (Fentanyl), a felony; |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about July 27, 2023, within the Southern District of California, defendant Noel SAINZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a .40 caliber Smith and Wesson semi-automatic firearm bearing serial number FYC5796, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about July 27, 2023, within the Southern District of California, defendant Noel SAINZ, did knowingly and intentionally possess, with intent to distribute 40 grams or more, to wit: approximately 76 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

Aaron Vargas
Special Agent, HSI
Weapons and Gangs Group

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 12th day of September, 2023.

HON. BARBARA LYNN MAJOR
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On July 27, 2023, San Pasqual Tribal Police Department (SPTPD) Officers observed a black Toyota Tacoma bearing California license plate 44650F2 unoccupied and parked at the Horizon Fuel Center parking lot located at 31276 Valley Center Rd. Valley Center, CA 92082. The same vehicle was seen that morning at approximately 0125 hours. SPTPD Officers completed a field inspection of the vehicle, in doing so they found the vehicle to have an expired registration, with a glass bulbous pipe on the front passenger seat in plain veiw. The vehicle was registered to Noel SAINZ (hereinafter "SAINZ' Tacoma").

On July 27, 2023, at approximately 0711 hours SPTPD Officers observed a Hispanic male, tall, thin build mustache and goatee wearing a green neon reflective vest, white baseball jersey, a fanny pack around his shoulder and black pants; get into the driver's side of a black Toyota Tacoma, which ended up being SAINZ' Tacoma, as explained further below. An unknown Hispanic male, average build, thin mustache, black hat, white t-shirt, black shorts, long white socks, and black shoes get into the passenger side of the truck. Officers also observed a female by the name of Jessica Pacho, whom they knew through multiple police encounters. Pacho was wearing a white t-shirt, blue jeans, red backpack, carrying a dog.

A few minutes later, at approximately 0715 hours SPTPD observed the black Toyota Tacoma (not knowing at the time that it was SAINZ') driving down Nyemii Pass from South San Pasqual Rd. SPTPD Officers attempted to conduct a traffic stop for the expired registration. SAINZ' Tacoma failed to stop, and a brief police pursuit ensued. Due to unsafe driving conditions the pursuit was terminated. Officers attempted to locate the vehicle in the surrounding areas where it was last seen. Officers were flagged down by a bicyclist who advised they heard a loud "boom" on Oakmont Rd., and then the power went out. Officers located the SAINZ'Tacoma which had collided with a fence at 27350 Oakmont Rd. Valley

Center CA. 92082. SAINZ'Tacoma was unoccupied at the time, and all subjects fled the area.

An inventory search of the vehicle revealed a bulbous pipe; commonly used to smoke controlled substances, a California Department of Corrections and Rehabilitation inmate identification card with a picture and name of Noel SAINZ, along with his date of birth, 3/29/1990; a California driver's license (CA D8644058) issued to Noel SAINZ; a AAA card issued to Noel SAINZ; and one (1) .40 caliber bullet.

A nearby witness advised Officers two male subjects got picked up from a blue sedan. One of the males was described as being tall, thin, wearing a black hat, white short sleeve jersey, and black pants with a large knife on his belt. A female was observed walking in the area wearing blue jeans, and a white crop top shirt, walking a dog. The female was located and identified as Jessica Pacho. Pacho advised she got a ride from her house at 16271 Hattepaa Rd. from two unknown males. The males were friends of her roommate Duane Godfrey. Pacho did not know who the male passenger was, but she knew the driver to go by "Stretch." Pacho admitted to SPTPD Officers, she was a passenger the Toyota Tacoma during the pursuit. Pacho stated that did not know why "Stretch" refused to stop for Officers. Jessica advised the crash occurred, but she was not sure how it happened, because her head was down.

Later that same day, on July 27, 2023 at approximately 1615 hours SPTPD Officers sought the help of the Escondido Police Department (EPD) Gang Unit to assist with the identification of a male that goes by the street name "Stretch." EPD Gang Unit confirmed that Noel SAINZ is known by the Moniker "Stretch" and is a gang member of the Escondido Diablos.

Less than an hour later, at approximately 1710 hours, San Pasqual Fire Department contacted SPTPD Officers regarding a fanny pack that was turned over to them by a citizen, after being located on N. Lake Wohlford Rd. near Cannon Lane. The fanny pack contained a gun, 2 cellphones and a white powdery substance, which later tested positive for fentanyl

and weighed approximately 76 grams. A Tru-Narc was utilized to test the white powdery substance. The fanny pack appeared to be the same size and color Noel SAINZ was wearing prior to the pursuit that took place on 07/27/2023. The pistol was black and silver .40 caliber Smith and Wesson semi-automatic (Serial Number FYC5796). The pistol contained (8) .40 caliber bullets, in a 10-round magazine. A database check of the Smith and Wesson Pistol (SN: FYC5796) revealed the pistol was registered to Karen Sainz, Noel SAINZ's wife.

On July 30, 2023 a search of Noel SAINZ's Facebook page conducted by SPTPD Investigator revealed a photo posted on 01/11/2022 of Noel SAINZ with his wife, Karen. In the photo Noel SAINZ is using his right hand to lift his shirt revealing a pistol affixed to his waistband. Although the pistol is partially covered, the backstrap, dovetail, and forward end of the slide are clearly visible. The pistol is two-tone with a stainless-steel slide over a dark frame. This pistol depicted in the photograph was visibly similar to the one located in the fanny pack.

On July 31, 2023, at approximately 0859 hours a SPTPD Investigator spoke with Noel SAINZ who called requesting information on how to retrieve his Toyota Tacoma, which had been impounded. SAINZ advised he had gotten drunk, and someone took his keys and the Tacoma when he was asleep. SAINZ could not recall the location he was at when his keys and truck were taken. SAINZ did not report his truck stolen because "he wanted to see what happened first." SAINZ asked those he was with if they knew his truck whereabouts, but no one had seen anything. SAINZ advised he just wanted his truck back.

On August 3, 2023, at approximately 1307 hours a SPTPD Investigator received a phone call from a woman, who identified herself as Karen Sainz (hereinafter, "Karen"), Noel SAINZ's wife. Karen Sainz advised that she received a phone call from SAINZ on the 27th or 28th of July. SAINZ advised his truck had been impounded and he requested her help getting it back. Karen attempted calling the tow company and was advised there was a police hold on the vehicle. Karen was unaware of SAINZ's whereabouts for the last couple of weeks. Karen advised she owns a gun and usually keeps it in a safe. Karen inspected the safe, she usually keeps the gun and noticed the gun was not there. Karen advised SAINZ

did not have permission to have her gun. Karen reiterated she was not involved in anything SAINZ was doing, the morning of the pursuit.

On or about August 18, 2023 SPTPD obtained and reviewed video from two locations, 31267 Valley Center Rd. Valley Center, CA 92082; Horizon Gas, and a residence located at 16271 Hattepaa Rd. Valley Center, CA 92082. During review of the footage at both locations the following was observed:

- July 26, 2023 at approximately 1851 hours video was reviewed from Horizon Fuel Center. At approximately 1854 hours a black Toyota Tacoma is observed parking in the gas station parking lot. The driver's feet of the black Toyota Tacoma are observed getting in a black Kia SUV bearing California license plate 9DAN756. At 1858 hours a male identified as Duane Godfrey exited the same Kia SUV and entered the store. Duane Godrey is known to SPTPD through various police encounters. At approximately 1906 hours Duane Godfrey returned from inside the store and entered the black Kia SUV. The black Kia SUV departed at approximately 1910 hours. The black Toyota Tacoma remained parked in the parking lot.
- July 27, 2023, at approximately 0352 hours the black Toyota Tacoma is observed in the same position it was left at 1854 hours on 07/26/2023. At approximately 0409 hours the black Kia SUV returned and parks in front of the black Toyota Tacoma. A tall thin male matching SAINZ' build, exited the SUV and walked around truck. A fanny pack was seen worn by the male around his right shoulder under his left arm. The male entered the driver side of the truck, and the truck followed the black Kia SUV out of the lot heading east toward N. Lake Wohlford.
- On July 27, 2023, at approximately 0415 hours surveillance footage of 16271 Hattepaa Rd. Valley Center, CA 92082 showed Danny Varela, who is known to live at this address through police encounters and admissions. At approximately 0416 hours a black Kia SUV arrived at the residence and is followed by a black Toyota Tacoma. Both vehicles parked on the land allotment. A male matching

SAINZ exited the black Toyota Tacoma. The male matching SAINZ was wearing a fanny pack around his shoulder and under his arm. The male matching SAINZ interacted with several people from inside the black Kia SUV. The fanny pack was worn by the male throughout the video. At 0556 hours the black Kia SUV left the residence. The video continued until the male matching SAINZ, Jessica Pacho and an unidentified male in the white t-shirt entered the black Toyota Tacoma prior to the police pursuit at approximately 0711 hours on July 27, 2023. It should be noted the Toyota Tacoma, located later by SPTPD officers following the pursuit was the same vehicle that was previously seen on camera footage from July 26, 2023 at the Horizon Fuel Gas station as well as 16271 Hattepaa Rd on July 27, 2023 prior to the pursuit. The fanny pack that was turned into San Pasqual Fire Department, matched the description of the fanny pack seen on surveillance worn by SAINZ on July 27, 2023, while at 16271 Hattepaa Rd.

Preliminary records checks revealed the following criminal history for SAINZ below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/14/2008 | California Superior Court – San Diego | Cal. Penal Code 148(A)(1); Obstruct/Etc Public Officer | 36 months probation |
| 04/27/2009 | California Superior Court – San Diego | Cal. Penal Code (12025(A)(2) PC); CCW with Prior Conviction | 16 months prison |
| 11/08/2010 | California Superior Court – San Diego | Cal. Penal Code (12025(A)(3) PC); CCW in Veh: Spec Circ | 16 months prison |
| 01/05/2015 | California Superior Court – San Diego | Cal. Health and Safety11370.1(A) ; Possession of a controlled substance while armed | 24 months prison |

The charged Smith and Wesson firearm was seized and inspected. Preliminary checks revealed that it was not manufactured in California. Therefore, the firearm traveled in and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing this Complaint, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of the probable cause statement and related documents may cause the defendant to flee or avoid prosecution and may cause destruction of evidence and may have a negative impact on this continuing investigation.